WILLIAM CRITTENDEN v.
PORT AUTHORITY TRANS-HUDSON CORP.

January 29, 1976. Petition for certification granted.

DOLLY NOVELTY SHOE COMPANY, INC. v.
GOLD RAY, INC.

January 29, 1976. Petition for certification denied.

BEVERLY GALLAGHER v.
ESTATE OF FRANK ARGENZIANO.

January 29, 1976. Petition for certification denied.

PHILMORE J. GREENBERG v.
WILGREEN ELECTRONICS, INC.

January 29, 1976. Petition for certification denied.

LIZETA TENNEY HAMILTON v. ROBERT HAMILTON.

January 29, 1976. Petition for certification denied.

BOARD OF EDUCATION OF THE TOWNSHIP OF HAMIL-
TON v. HAMILTON TOWNSHIP EDUCATION ASSOCIATION.

January 29, 1976. Petition for certification granted.